UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHJOT SINGH SEKHON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,<br><br>Respondents. | Case No. 1.25-cv-1692-DC-JDP (P)<br><br>ORDER |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has filed an application to proceed *in forma pauperis*, ECF No. 2, and a motion for the appointment of counsel, ECF No. 3.

Petitioner's application to proceed *in forma pauperis* makes the required showing and is granted. *See* 28 U.S.C. § 1915(a). Petitioner's motion for the appointment of counsel, ECF No. 3, will also be granted. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). The court will appoint the Federal Public Defender to represent petitioner throughout the course of these proceedings.

1

1    The court has conducted a preliminary review of the petition pursuant to Rule 4 of the
2  Rules Governing Habeas Corpus Cases Under Section 2254.¹  Because petitioner may be entitled
3  to the requested relief if the claimed violation of constitutional rights is proved, respondent will
4  be served with the § 2241 petition and directed to show cause why the writ should not be granted
5  by filing a return.  *See* 28 U.S.C. § 2243.
6    In accordance with the above, IT IS HEREBY ORDERED that:
7    1.  Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.
8    2.  Petitioner's motion for the appointment of counsel, ECF No. 3, is GRANTED.  The
9  Federal Defender is appointed to represent petitioner.
10   3.  The Clerk of the Court shall serve a copy of this order on the Federal Defender,
11 Attention:  Habeas Appointment.
12   4.  The Clerk of the Court shall serve a copy of this order together with a copy of
13 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United
14 States Attorney.
15   5.  The parties are directed to meet and confer within three days from the date of this order
16 for the purpose of submitting a joint proposed briefing schedule in this case.  The parties shall file
17 a joint proposed briefing schedule no later than seven days from the date of this order.
18   6.  In order to ensure this court's jurisdiction to resolve the pending § 2241 petition,
19 respondent shall not transfer petitioner to another detention center outside of this judicial district,
20 pending further order of the court.  *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act which
21 empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective
22 jurisdictions…."); *see also F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (emphasizing
23 that federal courts have the power to "to preserve the court's jurisdiction or maintain the status
24 quo by injunction pending review of an agency's action").

---

¹ Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions, including § 2241 petitions.

IT IS SO ORDERED.

Dated:    December 2, 2025                                                     
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3