IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHJOT SINGH SEKHON,<br><br>  Petitioner,<br><br>  vs.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>  Respondents. | Case № 1:25-cv-1692-DC-JDP<br><br>**O R D E R WITHDRAWING FEDERAL DEFENDER, APPOINTING COUNSEL AS CJA *PRO HAC VICE*** |

Upon the Federal Defender's *Motion* after this Court appointed the Defender as counsel for Petitioner SUKHJOT SINGH SEKHON December 2, 2025 as qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance adapted to for a 28 U.S.C. § 2241 detained person in ICE custody case when the Federal Defender and district CJA counsel are unavailable), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

*Sekhon v. Warden*         1         Order Withdrawing Federal Defender, Appointing CJA Counsel and Waiving *Pro Hac Vice* Fees

IT IS HEREBY ORDERED

1. Withdrawing the Federal Defender as counsel and

2. Pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, appointing as *pro hac vice* CJA counsel Natalia V. Santanna to represent Petitioner SUKHJOT SINGH SEKHON, *nunc pro tunc* to the Federal Defender contacting them about this appointment, December 2, 2025.

IT IS SO ORDERED.

Dated:   December 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE