Natalia Vieira Santanna,
CA BAR No. 337502
MI BAR No. P76443
SANTANNA LAW OFFICES
PO Box 7528, Oakland, CA, 94601
(510) 922-0154 (Telephone)
(510) 903-4211 (Facsimile)
natalia@santannalaw.com (Email)
Attorney for Petitioner-Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| SEKHON, Sukhjot Singh,<br>    Petitioner-Plaintiff,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.<br><br>    Respondents-Defendants. | Case No. 1:25-cv-01692-DC-JDP<br><br>**(PROPOSED) ORDER ON STIPULATION** |

**[PROPOSED] ORDER**

Upon review of JOINT STIPULATION, ECF No. 15, the request is **GRANTED**,.

1. Petitioner's Amended Habeas Petition is due December 16, 2025;
2. Respondents' Response to the Habeas Petition is due: December 19, 2025; and
3. Petitioner's Reply is due: December 23, 2025.

IT IS SO ORDERED.

Dated:  December 18, 2025                                  _____
                                                                                    JEREMY D. PETERSON
                                                                                    UNITED STATES MAGISTRATE JUDGE